In the Matter of CYNTHIA DUBOSE, Respondent. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. [718 NYS2d 854] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered on or about September 2, 1999, which granted petitioner's application pursuant to Insurance Law § 5208 (b) for leave to file with respondent MVAIC a late affidavit claiming injuries sustained while a passenger in an uninsured taxi cab, unanimously affirmed, with costs.

The application was properly granted upon a showing that it was made within 31 days after a diligent investigation revealed that the police accident report contained false information with respect to the identification of the taxi in question. Concur—Rosenberger, J. P., Tom, Mazzarelli, Ellerin and Wallach, JJ.